B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re    ERC MANUFACTURING, INC.                Case No. _____

Debtor(s)           Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................................. | $ | 9,000.00 |
| Prior to the filing of this statement I have received ........................................................ | $ | 9,000.00 |
| Balance Due ............................................................................................................. | $ | 0.00 |

2. The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| February 4, 2025 | /s/ Juan C Bigas |
| *Date* | Juan C Bigas |
| | *Signature of Attorney* |
| | Juan C. Bigas Law |
| | PO Box 7011 |
| | Ponce, PR 00732-7011 |
| | (787) 259-1000   Fax: (787) 842-4090 |
| | cortequiebra@yahoo.com |
| | *Name of law firm* |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | ERC MANUFACTURING, INC. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-0589177 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| CARR 814 KM 0.8 CEDRO ABAJO Naranjito, PR 00719 | HC-72 BOX 3766 PMB 327 NARANJITO, PR 00719 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Naranjito | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ERC MANUFACTURING, INC.**                                    Case number (*if known*) _____
      Name

**7.**    **Describe debtor's business**    A. *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒   None of the above

B. *Check all that apply*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐   Chapter 7

☐   Chapter 9

☒   Chapter 11. **Check *all* that apply:**

     ☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐   A plan is being filed with this petition.

     ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | ERC MANUFACTURING, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor　　ERC MANUFACTURING, INC.　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　　Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　　__February 4, 2025__
　　　　　　　　　MM / DD / YYYY

**X** /s/　AXEL HIRAM ELIAS CINTRON　　　　　　　　　　AXEL HIRAM ELIAS CINTRON
　　　Signature of authorized representative of debtor　　　　Printed name

Title　　PRESIDENT

**18. Signature of attorney**

**X** /s/ Juan C Bigas　　　　　　　　　　　　Date　__February 4, 2025__
　　Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

Juan C Bigas
Printed name

Juan C. Bigas Law
Firm name

PO Box 7011
Ponce, PR 00732-7011
Number, Street, City, State & ZIP Code

Contact phone　__(787) 259-1000__　　Email address　__cortequiebra@yahoo.com__

215404 PR
Bar number and State

**Fill in this information to identify the case:**

Debtor name    ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 4, 2025     **X** /s/   AXEL HIRAM ELIAS CINTRON
                                                 Signature of individual signing on behalf of debtor

                                                 AXEL HIRAM ELIAS CINTRON
                                                 Printed name

                                                   PRESIDENT
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td><td></td></tr>
</table>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   ERC MANUFACTURING, INC. | |
| United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO | ☐ Check if this is an |
| Case number (if known): | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AXEL H ELIAS CARR 814 KM 0.8 Naranjito, PR 00719 | | BUSINESS LOAN | | | | $42,376.84 |
| B2B FUNDING PUERTO RICO MIRAMAR PLAZA 954 AV DE LA CONSTITUCION SUITE 601 San Juan, PR 00907 | | BUSINESS LOAN | | | | $76,608.00 |
| BANCO POPULAR DE PUERTO RICO PO BOX 71375 SAN JUAN, PR 00936-7077 | | SAVINGS CERTIFICATES THAT GUARANTEE LINE OF CREDIT SAVINGS CERTIFICATES THAT GUARANTEE LINE OF CREDIT SAVINGS CERTIFICATE WITH BANCO POPULAR DE PUERTO RICO THAT GUARANTEE LINE OF CREDIT | | $139,570.63 | $120,248.91 | $19,321.72 |
| BANCO POPULAR DE PUERTO RICO PO BOX 71375 SAN JUAN, PR 00936-7077 | | CREDIT CARD | | | | $24,786.00 |
| DEPARTMENT OF TREASURY PO Box 9024140 San Juan, PR 00902-4140 | | TAXES DUE | | | | $122,393.86 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | ERC MANUFACTURING, INC. | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| EMPRESAS ORTIZ DIAZ CORP HC 02 BOX 9085 Corozal, PR 00783 | | Services | | | | $8,500.00 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | | TAXES DUE | | | | $121,158.75 |
| INTERNATIONAL ROOFING 35 CALLE JUAN C BORBON SUITE 67-307 Guaynabo, PR 00969 | | Services | | | | $20,124.00 |
| LEASE OPTION PO BOX 6356 San Juan, PR 00914 | | 2021 FORD F150 | | $20,913.85 | $19,581.00 | $1,332.85 |
| LUIS A RIVERA 613 W BELDEN AVE Chicago, IL 60614 | | BUSINESS LOAN | | | | $21,047.95 |
| MUNICIPIO DE NARANJITO CALLE IGNACIO MORALES 40 Naranjito, PR 00719 | | PATENTE MUNICIPAL | | | | $16,502.62 |
| NELSON B ELIAS HC-72 BOX 4535 Naranjito, PR 00719 | | BUSINESS LOAN | | | | $31,417.01 |
| OLDACH PO BOX 364603 SAN JUAN, PR 00959 | | SUPPLIER | | | | $12,480.00 |
| POPULAR AUTO PO BOX 362708 SAN JUAN, PR 00936-2708 | | Auto Lease (2021 FORD F150) | | | | $35,684.09 |
| POPULAR AUTO PO BOX 362708 SAN JUAN, PR 00936-2708 | | Auto Lease (2019 FORD TRANSIT) | | | | $23,019.97 |
| POPULAR AUTO PO BOX 362708 SAN JUAN, PR 00936-2708 | | Auto Lease (2020 TOYOTA 4RUNNER) | | | | $22,725.66 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    ERC MANUFACTURING, INC.
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US SMALL BUSINESS ADMINISTRATION 14925 KINGSPORT ROAD FORT WORTH, TX 76155-2243 | | BUSINESS LOAN | | | | $500,000.00 |
| US SMALL BUSINESS ADMINISTRATION 273 AVE PONCE DE LEON PLAZA 273 SUITE 510 San Juan, PR 00917 | | BUSINESS LOAN | | | | $68,536.06 |
| US SMALL BUSINESS ADMINISTRATION PO BOX 3918 PORTLAND, OR 97208-3918 | | BUSINESS LOAN | | | | $60,296.45 |
| VERJAS NUEVO MILENIO PMB 203 CALLE 39 UU-1 SANTA JUANITA Bayamon, PR 00959 | | SUPPLIER | | | | $106,467.08 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................   $   213,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $   572,322.56

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................   $   785,322.56

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   256,288.91

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $   260,055.23

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................   +$   1,083,390.14

4.   **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b                                                                                        $   1,599,734.28

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>ERC MANUFACTURING, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF PUERTO RICO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | $1,000.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SAVINGS CERTIFICATES THAT GUARANTEE LINE OF CREDIT | Certificate of Deposit | 0002 | $31,950.00 |
| 3.2. | SAVINGS CERTIFICATES THAT GUARANTEE LINE OF CREDIT | Certificate of Deposit | 0004 | $45,701.16 |
| 3.3. | SAVINGS CERTIFICATE WITH BANCO POPULAR DE PUERTO RICO THAT GUARANTEE LINE OF CREDIT | Certificate of Deposit | 0005 | $42,597.75 |
| 3.4. | BUSINESS CHECKING ACCOUNT WITH BANCO POPULAR DE PUERTO RICO XX6487 | BUSINESS | 6487 | $0.00 |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $121,248.91 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    ERC MANUFACTURING, INC.
_____
Name

Case number *(If known)* _____

☒ No.    Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.    Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____113,930.18_____ - _____56,965.09_____ = .... _____$56,965.09_____
                                          face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.                    $56,965.09

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** OFFICE EQUIPMENT (SEE ATTACHED LIST) | $16,522.34 | N/A | $16,522.34 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   ERC MANUFACTURING, INC.                                          Case number *(If known)* _____
        Name

**43.**   **Total of Part 7.**                                                                         $16,522.34
     Add lines 39 through 42.   Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.   Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2007 TOYOTA TUNDRA | $5,534.00 | Comparable sale | $5,534.00 |
| 47.2.   2019 FORD TRANSIT T-350 | $22,684.00 | Comparable sale | $22,684.00 |
| 47.3.   2008 TOYOTA TACOMA | $5,682.00 | Comparable sale | $5,682.00 |
| 47.4.   2021 FORD F150 | $19,581.00 | Comparable sale | $19,581.00 |
| 47.5.   1999 FORD F450 | $8,700.00 | Comparable sale | $8,700.00 |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| | | | |
|---|---|---|---|
| BUSINESS EQUIPMENT AND MACHINERY<br>(SEE REPORT ATTACHED HERETO) | $288,232.92 | | $288,232.92 |
| BUSINESS TOOLS (SEE REPORT ATTACHED<br>HERETO) | $27,172.30 | | $27,172.30 |

**51.**   **Total of Part 8.**                                                                         $377,586.22
     Add lines 47 through 50.   Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | ERC MANUFACTURING, INC. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. OWNER OF A LOT THAT MEASURES 6,977.84 SQUARE METTERS AND COMMERCIAL CONCRETE TWO STORY OFFICE BUILDING AND TWO METAL CONCRETE LIGHT INDUSTRIAL BUILDING THAT IS LOCATED AT CARR 814 KM 0.8 CEDRO ABAJO, AT NARANJITO, PUERTO RICO. PROPERTY CONSIST OF 28 PARKING SPACES, 2 OFFICES, 2 TERRACES, 2 WORKSHOPS, 2 MEZZANINE AND 2 BATHROOMS. PROPERTY VALUE IS ESTIMATED AT $213,000.00 AS PER APPRAISAL DATED 07/27/2016. | Fee Simple | $213,000.00 | Appraisal | $213,000.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $213,000.00 |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    ERC MANUFACTURING, INC.                                    Case number *(If known)*  _____
_____
Name

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    ERC MANUFACTURING, INC.                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $121,248.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $56,965.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,522.34 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $377,586.22 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $213,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $572,322.56 | + 91b. $213,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $785,322.56 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | BANCO POPULAR DE PUERTO RICO | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
MORTGAGE LOAN                  $61,618.67       $213,000.00

DIVISION SERVICIOS HIPOTECARIOS PO BOX 71375
SAN JUAN , PR 00936-7077

Creditor's mailing address

**Describe the lien**
MORTGAGE   LOAN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | BANCO POPULAR DE PUERTO RICO | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
LINE OF CREDIT SECURED BY SAVINGS CERTIFICATES      $139,570.63       $120,248.91

PO BOX 71375
SAN JUAN, PR 00936-7077

Creditor's mailing address

**Describe the lien**
LINE OF CREDIT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6487

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Specify each creditor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor  __ERC MANUFACTURING, INC._____   Case number (if known) _____
     Name

including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.3 | LEASE OPTION | Describe debtor's property that is subject to a lien | $11,788.96 | $288,232.92 |
|-----|--------------|----|----|----|

**Creditor's Name**

BUSINESS LOAN OVER (CONDUCTOS DE AIRE)

PO BOX 6356
San Juan, PR 00914

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 4469

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | LEASE OPTION | Describe debtor's property that is subject to a lien | $20,913.85 | $19,581.00 |
|-----|--------------|----|----|----|

**Creditor's Name**

AUTO LOAN (2021 FORD F150)

PO BOX 6356
San Juan, PR 00914

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 5089

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | LEASE OPTION | Describe debtor's property that is subject to a lien | $22,396.80 | $22,684.00 |
|-----|--------------|----|----|----|

**Creditor's Name**

AUTO LOAN (FORD TRANSIT T-350)

PO BOX 6356
San Juan, PR 00914

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 5171

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    

Debtor    ERC MANUFACTURING, INC.                                    Case number (if known) _____
          _____
          Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $256,288.91

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
DEPARTMENT OF TREASURY
PO Box 9024140
San Juan, PR 00902-4140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $122,393.86    Priority amount: $122,393.86

Date or dates debt was incurred

Basis for the claim:
TAXES DUE

Last 4 digits of account number __8704__
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $121,158.75    Priority amount: $121,158.75

Date or dates debt was incurred

Basis for the claim:
TAXES DUE

Last 4 digits of account number __9177__
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address
MUNICIPIO DE NARANJITO
CALLE IGNACIO MORALES 40
Naranjito, PR 00719

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $16,502.62    Priority amount: $16,502.62

Date or dates debt was incurred

Basis for the claim:
PATENTE MUNICIPAL

Last 4 digits of account number __0010__
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

| Debtor | ERC MANUFACTURING, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,044.33 |
|---|---|---|---|

ACHA TRADING
500 CARR PR 5
BO PUENTE BLANCO
Catano, PR 00962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** SUPPLIER

**Last 4 digits of account number** 5665

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,376.84 |
|---|---|---|---|

AXEL H ELIAS
CARR 814 KM 0.8
Naranjito, PR 00719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** BUSINESS LOAN

**Last 4 digits of account number** 2242

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76,608.00 |
|---|---|---|---|

B2B FUNDING PUERTO RICO
MIRAMAR PLAZA
954 AV DE LA CONSTITUCION SUITE 601
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** BUSINESS LOAN

**Last 4 digits of account number** B2B

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,786.00 |
|---|---|---|---|

BANCO POPULAR DE PUERTO RICO
PO BOX 71375
SAN JUAN, PR 00936-7077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** CREDIT CARD

**Last 4 digits of account number** 9646

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,206.91 |
|---|---|---|---|

CENTRAL POWER SOLUTION
PO BOX 1111
Comerio, PR 00782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** SUPPLIER

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,216.00 |
|---|---|---|---|

CG ENGINEERING
PO BOX 695
Canovanas, PR 00729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services

**Last 4 digits of account number** 1245

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,500.00 |
|---|---|---|---|

CHILLER TECHNOLOGY SERVICES INC
PO BOX 10047
Humacao, PR 00792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** SUPPLIER

**Last 4 digits of account number** 9468

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   __ERC MANUFACTURING, INC._____   Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|
| EMPRESAS ORTIZ DIAZ CORP<br>HC 02 BOX 9085<br><br>Corozal, PR 00783 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Services__ | |
| **Last 4 digits of account number** _3024_ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,470.78 |
|---|---|---|
| INDUSTRIAL FITTINGS<br>PO BOX 2329<br>Toa Baja, PR 00949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __SUPPLIER__ | |
| **Last 4 digits of account number** _0961_ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,779.06 |
|---|---|---|
| INFIVA, INC.<br>PO BOX 2329<br>TOA BAJA, PR 00949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __SUPPLIER__ | |
| **Last 4 digits of account number** _0537_ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,124.00 |
|---|---|---|
| INTERNATIONAL ROOFING<br>35 CALLE JUAN C BORBON<br>SUITE 67-307<br>Guaynabo, PR 00969 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Services__ | |
| **Last 4 digits of account number** _RWPR_ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,047.95 |
|---|---|---|
| LUIS A RIVERA<br>613 W BELDEN AVE<br><br>Chicago, IL 60614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __BUSINESS LOAN__ | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,417.01 |
|---|---|---|
| NELSON B ELIAS<br>HC-72 BOX 4535<br>Naranjito, PR 00719 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __BUSINESS LOAN__ | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,480.00 |
|---|---|---|
| OLDACH<br>PO BOX 364603<br>SAN JUAN, PR 00959 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __SUPPLIER__ | |
| **Last 4 digits of account number** _0400_ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,249.39 |
|---|---|---|
| POPULAR AUTO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** __Auto Lease (2018 FORD F150)__ | |
| **Last 4 digits of account number** _8490_ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

| Debtor | ERC MANUFACTURING, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,684.09

POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** Auto Lease (2021 FORD F150)

**Last 4 digits of account number** 8490

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,019.97

POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** Auto Lease (2019 FORD TRANSIT)

**Last 4 digits of account number** 8588

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,725.66

POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** Auto Lease (2020 TOYOTA 4RUNNER)

**Last 4 digits of account number** 4383

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,854.56

UNIVERSAL STEEL
PO BOX 195054
SAN JUAN, PR 00959

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** SUPPLIER

**Last 4 digits of account number** 7481

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $68,536.06

US SMALL BUSINESS ADMINISTRATION
273 AVE PONCE DE LEON
PLAZA 273 SUITE 510
San Juan, PR 00917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** BUSINESS LOAN

**Last 4 digits of account number** 7006

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500,000.00

US SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH, TX 76155-2243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** BUSINESS LOAN

**Last 4 digits of account number** 7803

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,296.45

US SMALL BUSINESS ADMINISTRATION
PO BOX 3918
PORTLAND, OR 97208-3918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** BUSINESS LOAN

**Last 4 digits of account number** 5000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $106,467.08

VERJAS NUEVO MILENIO
PMB 203 CALLE 39 UU-1
SANTA JUANITA
Bayamon, PR 00959

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ____

**Basis for the claim:** SUPPLIER

**Last 4 digits of account number** 1903

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | ERC MANUFACTURING, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 260,055.23 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,083,390.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,343,445.37 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name    ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT OVER A 2019 FORD TRANSIT T-250 | |
| | State the term remaining | | POPULAR AUTO |
| | List the contract number of any government contract | | EDIF BANCO POPULAR 1901 AVE J T PINERO STE 215 San Juan, PR 00920 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT OVER A 2020 TOYOTA 4RUNNER | |
| | State the term remaining | | POPULAR AUTO |
| | List the contract number of any government contract | | 1901 AVE JESUS T PI?EIRO STE 467 SAN JUAN, PR 00920 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT OVER A 2018 FORD F150 | |
| | State the term remaining | | POPULAR AUTO |
| | List the contract number of any government contract | | 1901 AVE JESUS T PI?EIRO STE 467 SAN JUAN, PR 00920 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT OVER A 2021 FORD F150 | |
| | State the term remaining | | POPULAR AUTO |
| | List the contract number of any government contract | | PO BOX 362708 SAN JUAN, PR 00936-2708 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  ERC MANUFACTURING, INC.

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $984,948.21 |
   | For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $1,174,153.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | | | | |

| Debtor | ERC MANUFACTURING, INC. | Case number *(if known)* | |
|---|---|---|---|

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Debtor    ERC MANUFACTURING, INC.                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Juan C. Bigas Law<br>PO Box 7011<br>Ponce, PR 00732-7011 | Attorney Fee | | $9,000.00 |
| | Email or website address<br>cortequiebra@yahoo.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | ERC MANUFACTURING, INC. | | Case number *(if known)* | |

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    ERC MANUFACTURING, INC.                                    Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

&#9746; No.
&#9744; Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

&#9746; No.
&#9744; Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

&#9746; No.
&#9744; Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

&#9746; None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

&#9744; None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   MORALES ACCOUNTING SERVICES PO BOX 439 Naranjito, PR 00719 | 2000-PRESENT |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

&#9744; None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   MORALES ACCOUNTING SERVICES PO BOX 439 Naranjito, PR 00719 | 2019-2020-2021 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   ERC MANUFACTURING, INC.                                          Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AXEL HIRAM ELIAS CINTRON | BO CEDRO ABAJO CARR 152 KM 16.7 INT Naranjito, PR 00719 | PRESIDENT | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in

| Debtor | ERC MANUFACTURING, INC. | Case number (if known) | |
|--------|-------------------------|------------------------|--|

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 4, 2025___

/s/  AXEL HIRAM ELIAS CINTRON                          AXEL HIRAM ELIAS CINTRON
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Puerto Rico

In re    ERC MANUFACTURING, INC.                       Case No. _____

                                    Debtor(s)             Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 4, 2025                      Signature    /s/ AXEL HIRAM ELIAS CINTRON

                                                                  AXEL HIRAM ELIAS CINTRON

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Puerto Rico

In re   ERC MANUFACTURING, INC.

                                        Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 4, 2025                /s/  AXEL HIRAM ELIAS CINTRON

                                                  AXEL HIRAM ELIAS CINTRON/PRESIDENT
                                                  Signer/Title

ACHA TRADING
500 CARR PR 5
BO PUENTE BLANCO
Catano, PR 00962


AXEL H ELIAS
CARR 814 KM 0.8
Naranjito, PR 00719


B2B FUNDING PUERTO RICO
MIRAMAR PLAZA
954 AV DE LA CONSTITUCION SUITE 601
San Juan, PR 00907


BANCO POPULAR DE PUERTO RICO
PO BOX 71375
SAN JUAN, PR 00936-7077


BANCO POPULAR DE PUERTO RICO
PO BOX 71375
SAN JUAN, PR 00936-7077


BANCO POPULAR DE PUERTO RICO
DIVISION SERVICIOS HIPOTECARIOS PO BOX 7
SAN JUAN , PR 00936-7077


CENTRAL POWER SOLUTION
PO BOX 1111
Comerio, PR 00782


CG ENGINEERING
PO BOX 695
Canovanas, PR 00729


CHILLER TECHNOLOGY SERVICES INC
PO BOX 10047
Humacao, PR 00792


DEPARTMENT OF TREASURY
PO Box 9024140
San Juan, PR 00902-4140


EMPRESAS ORTIZ DIAZ CORP
HC 02 BOX 9085
Corozal, PR 00783


INDUSTRIAL FITTINGS
PO BOX 2329
Toa Baja, PR 00949


INFIVA, INC.
PO BOX 2329
TOA BAJA, PR 00949

```
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101


INTERNATIONAL ROOFING
35 CALLE JUAN C BORBON
SUITE 67-307
Guaynabo, PR 00969


LEASE OPTION
PO BOX 6356
San Juan, PR 00914


LEASE OPTION
PO BOX 6356
San Juan, PR 00914


LEASE OPTION
PO BOX 6356
San Juan, PR 00914


LUIS A RIVERA
613 W BELDEN AVE
Chicago, IL 60614


MUNICIPIO DE NARANJITO
CALLE IGNACIO MORALES 40
Naranjito, PR 00719


NELSON B ELIAS
HC-72 BOX 4535
Naranjito, PR 00719


OLDACH
PO BOX 364603
SAN JUAN, PR 00959


POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708


POPULAR AUTO
1901 AVE JESUS T PIÑEIRO STE 467
SAN JUAN, PR 00920


POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708


POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708


POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708
```

```
POPULAR AUTO
PO BOX 362708
SAN JUAN, PR 00936-2708


POPULAR AUTO
1901 AVE JESUS T PIÑEIRO STE 467
SAN JUAN, PR 00920


POPULAR AUTO
EDIF BANCO POPULAR
1901 AVE J T PINERO STE 215
San Juan, PR 00920


UNIVERSAL STEEL
PO BOX 195054
SAN JUAN, PR 00959


US SMALL BUSINESS ADMINISTRATION
273 AVE PONCE DE LEON
PLAZA 273 SUITE 510
San Juan, PR 00917


US SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH, TX 76155-2243


US SMALL BUSINESS ADMINISTRATION
PO BOX 3918
PORTLAND, OR 97208-3918


VERJAS NUEVO MILENIO
PMB 203 CALLE 39 UU-1
SANTA JUANITA
Bayamon, PR 00959
```

# United States Bankruptcy Court
## District of Puerto Rico

In re   ERC MANUFACTURING, INC.
_____
Debtor(s)

Case No. _____
Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   ERC MANUFACTURING, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 4, 2025
_____
Date

/s/ Juan C Bigas
_____
Juan C Bigas
Signature of Attorney or Litigant
Counsel for   ERC MANUFACTURING, INC.
Juan C. Bigas Law
PO Box 7011
Ponce, PR 00732-7011
(787) 259-1000  Fax:(787) 842-4090
cortequiebra@yahoo.com